## CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL TO THE COURT OF APPEALS

**APPELLATE NO.**
(To be filled in by COA)

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/11/2015 3:16:09 PM
CATHY S. LUSK
Clerk

**TRIAL COURT NO. 2011-0160**

**STATE OF TEXAS**                    **217TH JUDICIAL DISTRICT COURT**

**VS.**                                     **COURT OF**

**BRADLEY GRAHAM**                 **ANGELINA COUNTY, TEXAS**

The records of my office reflect the following information in this case:

**CASE TYPE:**        BURGLARY OF HABITATION AND THEFT PROP

**JUDGMENT OF APPEALABLE ORDER SIGNED:** 05/22/2015

**MOTION FOR NEW TRIAL FILED:**

**NOTICE OF APPEAL FILED:** 06/05/2015

**REQUEST FOR FINDINGS OF FACT:**

**DATE REQUEST FOR REPORTER'S RECORD FILED:**

**PRESIDING TRIAL COURT JUDGE:** HON. ROBERT K. INSELMANN, JR.

**TRIAL COURT REPORTER(S): TERRI DAVIS**

**WAS APPELLANT DELCARED INDIGENT?**        √YES        NO

**APPELLANT'S COUNSEL IS:**    Retained    √Appointed    Pro se

**APPELLANT'S ATTORNEY:**    ALBERT CHARANZA, JR.

**ADDRESS:**    P.O. BOX 1825
LUFKIN, TX 75902

**TELEPHONE:** 936-634-8568    **FAX:** 936-634-0306

**STATE BAR CARD NO.:** 00783820

1

**\*APPELLEE'S ATTORNEY:**    APRIL AYERS-PEREZ

**ADDRESS:**    P.O. BOX 908
LUFKIN, TX 75902

**TELEPHONE:**    936-632-5090

**STATE BAR CARD NO.:**    24090975

**DATED THIS 11TH DAY OF JUNE, 2015.**



**Reba D. Squyres
Angelina County, District Clerk
/S/Robin J. Crain, Deputy Clerk**

**(Complete in duplicate – Original to 12th Court of Appeals/Trial Court)
1517 W. Front St., Suite 354, Tyler, TX 75702**

**\*\*PLEASE ATTACH A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO THIS FORM. PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION IN COMPLETE. THANK YOU.**

NO. 2011-0160

FILED

2015 JUN -5 PM 3: 01

CLERK DISTRICT COURT
ANGELINA COUNTY COURT
TEXAS

DEPUTY

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 217th JUDICIAL DISTRICT |
| | § | |
| BRADLEY GRAHAM | § | ANGELINA COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Bradley Graham, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Bradley Graham.

Respectfully submitted,

JERRY N WHITEKER
406 N. First Street
P.O. Box 1443
Lufkin, Texas 75902-1443
Tel: (936) 632-5551
Fax: (936) 632-9550

By:

State Bar No. 21361500
whitekerlawoffice@suddenlinkmail.com
Attorney for Bradley Graham

3

## CERTIFICATE OF SERVICE

This is to certify that on June 5, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Angelina County, by facsimile transmission to 936-637-2818.

Jerry N. Whiteker

# CRIMINAL DOCKET

No. 2011-0100

| | Number of Case | STYLE OF CASE | ATTORNEYS | OFFENSE | DATE OF FILING | | |
|---|---|---|---|---|---|---|---|
| | | | | | Month | Day | Year |
| | | THE STATE OF TEXAS vs. Bradley G. Graham | Clyde Herrington  State | Burg. Hab. Count I Fel. Theft Count II | 05 | 19 | 2011 |
| | | | Defendant | | Information, Index or Indictment: Indictment | | |
| | | | | | Fee Book Vol. | Page | |

| | Date of Orders | | | Was Stenographer Used | ORDERS OF COURT | Minute Book | | WITNESSES |
|---|---|---|---|---|---|---|---|---|
| | Month | Day | Year | | | Vol. | Page | |
| CP | 9 | 24 | 12 | | Jury Q'lfd, seat panel Attys conduct V.D. Δ going to Court for punishment After strikes seat 12 + 1 alternate. | | | |
| CP | 9 | 26 | 12 | | Δ started to enter plea + then changed mind, Jury brought in SWORN IN, Δ arraigned pleaded NG. to Ct I + II State called Dep. Lawrence, Donald Carroll, Mike Jones. M. Pike, Resume trial after lunch, Δ was not present at 1:45, started back w/out Δ's presence, State abandons Ct I, deny Δ's motion for directed verdict Δ rests   read charge to Jury Attys argue + Jury out to deliberate at 3:23 Jury back W/verdict at 3:45 Found Δ guilty of Felony Theft. State presented Ex. 4 + 5 as punishment evidence admit Δ's exhibit, Sentence Δ to 18 yrs. I D TDCJ. | | | |
| | 4 | 15 | 15 | | S/order for capias | | | |
| | 5 | 22 | 15 | | Defendant sentenced to 18 yrs, 28 days credit He went missing during trial. Has other pending cases | | | |

VS.NO. _____

| Date of Orders | | | ORDERS OF COURT | Minute Book | | PROCESS |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Vol. | Page | |
| 5 | 28 | 15 | S/ Order k Withdraw Appeal | | | |
| 6 | 9 | 15 | S/ Notice of Appeal | | | |



| THE STATE OF TEXAS | § | IN THE 217TH DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| BRADLEY GENE GRAHAM | § | ANGELINA COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX05363440 | § | |

## JUDGMENT OF CONVICTION BY JURY

| Judge Presiding: | HON. GERALD A. GOODWIN | Date Judgment Entered: | MAY 22, 2015 |
| --- | --- | --- | --- |
| Attorney for State: | **ART BAUEREISS** | Attorney for Defendant: | **EDWARD MCFARLAND RUDY VELASQUEZ (TRIAL); JERRY WHITEKER (IMPOSITION OF SENTENCE)** |

Offense for which Defendant Convicted:
**THEFT >=$1,500 AND <$20,000 (COUNT II)**

| Charging Instrument: | Statute for Offense: |
| --- | --- |
| **INDICTMENT** | **Penal Code §31.03(e)(4)(A)** |

Date of Offense:
**01/20/2011**

| Degree of Offense: | Plea to Offense: |
| --- | --- |
| **2ND DEGREE FELONY** | **NOT GUILTY** |
| Verdict of Jury: | Findings on Deadly Weapon: |
| **GUILTY** | **N/A** |

| Plea to 1st Enhancement Paragraph: | **NO PLEA TO ENHANCEMENT, DEFENDANT VOLUNTARILY ABSENTED HIMSELF BEFORE PUNISHMENT** | Plea to 2nd Enhancement/Habitual Paragraph: | **NO PLEA TO ENHANCEMENT, DEFENDANT VOLUNTARILY ABSENTED HIMSELF BEFORE PUNISHMENT** |
| --- | --- | --- | --- |
| Findings on 1st Enhancement Paragraph: | **TRUE** | Findings on 2nd Enhancement/Habitual Paragraph: | **TRUE** |

| Punished Assessed by: | Date Sentence Imposed: | Date Sentence to Commence: |
| --- | --- | --- |
| **JURY** | **SEPTEMBER 26, 2012** | **MAY 22, 2015** |

| Punishment and Place of Confinement: | **EIGHTEEN (18) YEARS CONFINEMENT IN THE INSTITUTIONAL DIVISION, TDCJ** |
| --- | --- |

THIS SENTENCE SHALL RUN <strong>CONCURRENTLY.</strong>

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
| --- | --- | --- | --- |
| $ **N/A** | $ **N/A** | $ **N/A** | |

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A years.**

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | |
| --- | --- | --- | --- |
| | From 01/20/2011 to 01/25/2011 | From 05/01/2015 to 05/22/2015 | From to |
| | From to    From to | From to | |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. | | |
| | **N/A DAYS    NOTES: N/A** | | |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Angelina County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

### Punishment Assessed by Jury / Court / No election  (select one)

☒ **Jury.** Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, Institutional Division, TDCJ. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the N/A. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

### Execution / Suspension of Sentence  (select one)

☒ The Court ORDERS Defendant's sentence EXECUTED.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

**Signed and entered on MAY 22, 2015**

X _____
JUDGE PRESIDING

Clerk: [ClerkInitials]



Right Thumbprint

ENTERED
FILED
AT 2.29 O'CLOCK P

MAY 2 8 2015

REBA D. SQUYRES, CLERK, DISTRICT COURT
ANGELINA COUNTY, TEXAS
BY_____ DEPUTY

## NO. 2011-0160

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **217th JUDICIAL DISTRICT** |
| | § | |
| **BRADLEY GRAHAM** | § | **ANGELINA COUNTY, TEXAS** |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

On *May 2*_____, came on to be considered Jerry N. Whiteker's Motion to Withdraw as Counsel.

The Court finds that there is good cause for withdrawal of Movant as counsel.

The Court further finds that:

    a.    The Motion for Withdrawal of Counsel was delivered to Bradley Graham.

    b.    The Motion included written notice to Bradley Graham of the client's right to object to the motion.

    c.    The Motion included the last known address of Bradley Graham as follows:

    1100 Twin Oaks Road

    #105, Huntington, Texas 75949

    d.    There are no pending settings and deadlines in the case.

IT IS THEREFORE ORDERED, that Movant is permitted to withdraw as counsel of record for Bradley Graham in this cause.

IT IS FURTHERED ORDERED that all notices in this cause shall be delivered to Bradley Graham in person or sent to Bradley Graham at that address shown above by both certified and regular first-class mail.

9

The Court ORDERS that Jerry N. Whiteker, Movant, immediately provide written notification to Bradley Graham of any additional settings or deadlines now known to Jerry N. Whiteker, of which Bradley Graham has not already been notified.

Signed on May 28, 2015

_____
JUDGE PRESIDING

CAUSE NO. _2011-0160_

FILED
2015 JUN 10 AM 9: 44
CLERK DISTRICT COURT
ANGELINA COUNTY, TEXAS
BY ___

THE STATE OF TEXAS

VS.

_Bradley Graham_

IN THE DISTRICT COURT

OF

ANGELINA COUNTY, TEXAS

## ORDER FOR APPOINTMENT FOR ATTORNEY FOR APPEAL

The Defendant, by and through trial counsel heretofore appointed by the Court after proper application establishing indigency, has filed Notice of Appeal of the Judgment entered in this cause. Accordingly, the Court hereby appoints _Albert Charanza_ , found to be competent to represent the Defendant in the appeal of the above numbered and entitled cause, and to continue to represent the Defendant until the case is concluded, or until released by written order of the Court.

SIGNED this _9th_ day of _June_ , 201_5_ .

_____
DISTRICT JUDGE PRESIDING

11